## HAMERSLY *against* BROWN.

After publication has passed, but the deposition taken not read, a motion to enlarge the time of publication will not be granted, but on special cause shown, and due notice to the opposite party of the motion.

PETITION to enlarge publication, for six weeks, to examine witnesses. The petition admitted that publication had passed, but an affidavit accompanied the petition, that the depositions taken had not been read.

*April* 9th.

*Burr,* for the motion.

THE CHANCELLOR denied the motion, for want of notice to the plaintiff's solicitor. Such a rule, after publication *has already passed, is not to be granted without due notice to the opposite party; for it is not a rule of course, and must be founded on special circumstances.